■ In the Matter of Barbara Moriarty, M.D., Petitioner. Jeanette M. Westphal, Nonparty Appellant. [988 NYS2d 496]—Order and judgment (one paper), Supreme Court, New York County (Laura Visitacion-Lewis, J.), entered on or about April 2, 2013, which, to the extent appealed from, awarded nonparty counsel Jeanette Westphal $2,736 of the requested amount of $25,869 in legal fees in connection with Westphal's representation of the alleged incapacitated person, unanimously reversed, on the law, without costs, to the extent of remanding the matter to Supreme Court for reconsideration before another justice.

Supreme Court has broad discretion in determining the reasonable amount of attorneys' fees to be awarded in a guardianship proceeding and, absent an abuse of that discretion, the court's determination will be upheld (*see Matter of Tijuana M.*, 303 AD2d 681 [2d Dept 2003]). The court must ascertain "whether the fee requested is necessary, fair, and reasonable" (*Matter of Linda R.*, 304 AD2d 832, 833 [2d Dept 2003]), and in order to permit a proper appellate review, the court must " 'provide a concise but clear explanation of its reasons for the fee award,' " or the lack thereof (*Ricciuti v Lombardi*, 256 AD2d 892, 893 [3d Dept 1998], quoting *Hensley v Eckerhart*, 461 US 424, 437 [1983]).

Here, Supreme Court failed to provide its reasoning for denying Westphal the total amount of her fee. Accordingly, the matter is remanded to Supreme Court (*see e.g. Matter of Verdejo*, 5 AD3d 307 [1st Dept 2004]). Concur—Friedman, J.P., Sweeny, Andrias, Saxe and Kapnick, JJ.